UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Case No. 14-4156

ELAINE PELZER; DIANE FREDERICK; GULER PROBST; RAUL OSORIO

Interveners–Appellants,

vs.

MARTHA VASSALLE; JEROME JOHNSON

Plaintiffs–Appellees,

MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP, INC.

Defendants–Appellees.

**APPELLANTS' NOTICE OF SUGGESTION OF DEATH**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Elaine Pelzer, Paul Osorio, and Diane Frederick, Interveners-Appellants in the above captioned matter, note the death during the pendency of this action of fellow Appellant, Guler Probst.

There is, at this time, no known estate to the knowledge of the named Appellants or their Counsel. A death certificate has been requested, and Counsel for the Appellants will update this Court when such certificate has been received.

Respectfully Submitted,
By: s/ Ian B. Lyngklip
Ian B. Lyngklip (P-47173)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney for Interveners–Appellants
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
Ian@MichiganConsumerLaw.Com

Dated: March 2, 2015

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 2nd day of March, 2015, I caused foregoing to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Dennis E. Murray, Sr.
Donna Jean Ann Evans
Murray & Murray
111 East Shoreline Drive
Sandusky, Ohio 44870
(419) 624-3000

*Counsel for Plaintiffs – Appellees*

Richard L. Stone
Amy M. Gallegos
Jenner & Block
633 West Fifth Street, Suite 3600
Los Angeles, California 90071
(213) 239-5100

*Counsel for Defendants – Appellees*

/s/ Ian B. Lyngklip
*Counsel for Appellants*